1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EFRAIN ORNELAS CRUZ,                1:06-CV-00002-REC-WMW-HC

12          Petitioner,                  ORDER VACATING REPORT
                                         AND RECOMMENDATION OF
13          v.                           APRIL 17, 2006
                                         [Document #4]
14   R. STEWART, WARDEN,

15          Respondent.                  ORDER GRANTING APPLICATION
                                         PROCEED IN FORMA PAUPERIS
16   _____/    [Documents #5 & #8]

17

18          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254.   On April 17, 2006, Magistrate William M. Wunderlich

20   submitted a report and recommendation to United States District Judge Robert E. Coyle to

21   dismiss petitioner's case for failure to comply with the court's order of March 3, 2006, which

22   ordered petitioner to submit an application to proceed in forma pauperis, or in the alternative, to

23   pay the $5.00 filing fee.   On May 8, 2006, and May 9, 2006, petitioner submitted applications to

24   proceed in forma pauperis.   Due to petitioner's compliance with the order of March 3, 2006, and

25   good cause appearing, the findings and recommendation shall be vacated.   In addition, because

petitioner has submitted documents as required under 28 U.S.C. § 1915, indicating that he cannot afford the cost of the filing fee for this action, the application to proceed in forma pauperis shall be granted.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1.  The findings and recommendation of April 17, 2006, are VACATED; and

      2.  Petitioner's application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

**Dated:   May 15, 2006**                **/s/  William M. Wunderlich**
bl0dc4                         UNITED STATES MAGISTRATE JUDGE