UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN ORNELAS CRUZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>R. STEWART,<br><br>　　　　　　Respondent.<br>_____/ | 1: 06 CV 0002 LJO WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE RESPONDENT'S MOTION TO DISMISS<br><br>[Doc. 14, 18] |

　　　　Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On June 11, 2007, the Magistrate Judge filed findings and recommendations herein.  These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  No objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de

novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on June 11, 2007, are a adopted in full;
2. The motion to dismiss is GRANTED;
3. The petition for writ of habeas is DISMISSED;
4. The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:     January 15, 2008**           /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE